**Brian C. Dretke**, OSB No. 931414
office@hallmandretke.com
**Justin Burns**, OSB No. 002220
jb@easternoregonlaw.com
**Judy Danelle Snyder**, OSB No. 732834
judy@jdsnyder.com
Hallman & Dretke
Attorneys at Law
PO Box 308
Pendleton, OR 97801
(541) 276-3857 phone
(541) 276-7620 fax

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH WESTWOOD, MITCHELL MYERS, PETAL PUSHERS & MORE, LLC, an Oregon Limited Liability Company, doing business as NOOKIE'S BISTRO & SPIRITS<br>Plaintiffs,<br>v.<br>CITY of HERMISTON, DANIEL COLOUMBE and CHRIS WASHBURN,<br>Defendants. | Case No. 2:09-CV-478-BR<br><br>**STIPULATED DISCOVERY SCHEDULE** |

The parties, by their undersigned counsel hereby submit the following Stipulated Discovery Schedule, pursuant to the Court's Order of September 7, 2010. The parties stipulate that counsel for Plaintiffs will provide Defendants with true copies of the following documents on or before Friday, October 15, 2010:

(1) True copies of the tax returns from 2005 to the present of Plaintiff Petal Pushers and More, LLC/Nookies (PPM); and

(2) True copies of other documents in the accountant's possession that show what money may have been transferred to or from PPM to Plaintiff Deborah Westwood and/or Plaintiff

Page 1 - **Stipulated Discovery Schedule**

Mitchell Myers from 2005 to the present.

Dated this 13th day of September, 2010.

/s/ Brian C. Dretke
Brian C. Dretke, OSB No. 931414
Of Attorneys for Deborah Westwood

/s/ Justin Burns
Justin Burns, OSB No. 00222
Of Attorneys for Petal Pushers & More, LLC

/s/ Judy Danelle Snyder
Judy Danelle Snyder, OSB No. 732834
Of Attorneys for Mitch Myers

/s/ Michael A. Lehner
Michael A. Lehner, OSB No. 741885
Of Attorneys for Defendant Chris Washburn

/s/ Iayesha E. J. Smith
Iayesha E.J. Smith, OSB No. 044190
Of Attorneys for Defendant Chris Washburn

/s/ Steven A. Kraemer
Steven A. Kraemer, OSB No. 882476
Of Attorneys for Defendant Daniel Coloumbe and City of Hermiston

/s/ Leslie A. Edenhofer
Leslie A. Edenhofer, OSB No. 093380
Of Attorneys for Defendant Daniel Coloumbe and The City of Hermiston

Based upon the above stipulation of the parties, and the Court being duly advised, IT IS HEREBY SO ORDERED.

Dated this 14th of September, 2010

_____
Presiding Judge

Page 2 - **Stipulated Discovery Schedule**

HALLMAN & DRETKE
ATTORNEYS AT LAW
104 SE 5TH STREET ● PO BOX 308 ● PENDLETON, OREGON 97801
TELEPHONE (541) 276-3857 ● FAX (541) 276-7620
EMAIL: office@hallmandretke.com