IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

DEBORAH WESTWOOD, MITCHELL
MYERS, PETAL PUSHERS & MORE, LLC,
an Oregon Limited Liability Company, doing
business as NOOKIE'S BISTRO & SPIRITS,                     No. 2:09-CV-478-BR

      Plaintiffs,

                                 **JUDGMENT**

   v.

CITY OF HERMISTON, DANIEL
COULOMBE and CHRIS WASHBURN,

      Defendants.

**BROWN, Judge.**

    Based on the Court's Opinion and Order issued April 15, 2011 (Docket No. 140), the

court **GRANTS** Defendants City of Hermiston and Daniel Coulombe's Motion for Summary

Judgment (Docket No. 92) and enters judgment in favor of defendants.

The court **DISMISSES** this action **WITH PREJUDICE**.

IT IS SO ORDERED.

Dated this 21st day of April, 2011.

The Honorable Anna J. Brown
United States District Court Judge